**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6219**

---

JOHN H. REDMON,

                Petitioner - Appellant,

     v.

UNKNOWN,

                Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:23-cv-00841-DJN-MRC)

---

Submitted:  June 25, 2024                            Decided:  June 28, 2024

---

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

John H. Redmon, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John H. Redmon appeals the district court's order dismissing without prejudice his civil action for failure to prosecute or comply with a court order pursuant to Fed. R. Civ. P. 41(b).[*] We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Redmon v. Unknown*, No. 3:23-cv-00841-DJN-MRC (E.D. Va. Feb. 16, 2024). We also deny Redmon's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's order is a final, appealable order because the court did not grant Redmon leave to amend. *Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc).